# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEYER KOMAR; JEANETTE KOMAR; and SARAH KOMAR,<br><br>Defendants. | Case No. 19-CV-00708 DAD-EPG<br><br>**ORDER GRANTING UNOPPOSED MOTIONE TO CONTINUE MID-DISCOVERY STATUS CONFERENCE AND STATUS REPORT**<br><br>NEW MID-DISCOVERY CONFERENCE:<br>Date: Tuesday, March 24, 2020<br>Time: 10:00 am<br><br>(ECF No. 37) |

Pursuant to the unopposed motion of Plaintiff to continue the mid-discovery status conference (ECF No. 37), and finding good cause exists,

IT IS ORDERED that the unopposed motion is GRANTED. The mid-discovery status conference, currently set for March 11, 2020, is continued to **March 24, 2020, at 10:00 a.m.,** and the deadline for submission of the parties' joint status report is continued to **March 18, 2020**.

Dated:  **February 19, 2020**              /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

- 1 -
ORDER GRANTING CONTINUANCE OF MID-DISCOVERY STATUS CONFERENCE