UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL,<br><br>    Plaintiff,<br><br>v.<br><br>MEYER KOMAR; JEANETTE KOMAR; and SARAH KOMAR,<br><br>    Defendants. | Case No. 19-CV-00708 DAD-EPG<br><br>ORDER GRANTING MOTION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE AND STATUS REPORT<br><br>(ECF No. 39) |

    The Court has received a letter from Defendant Jeanette Komar filed on behalf of Meyer Komar (ECF No. 39). This letter states that Defendant Meyer Komar has been admitted to the hospital and is unable to participate in the mid-discovery status conference, scheduled for March 24, 2020.

    Based on this representation, the Court will continue the mid-discovery status conference and extend the deadline for submission of the parties' joint status report. However, any further request for a continuance based on physical or mental impairment of Defendant Meyer Komar must be accompanied by documentation of such impairment from a licensed medical professional.

    The letter received by the Court also notes that Defendant Meyer Komar has requested that the case be dismissed and asserts that there is nothing else to share that Plaintiff's counsel does not already have. The Court cautions both parties that discovery is ongoing and that the pendency of the motion to dismiss does not relieve either party of their obligations to participate in discovery and

- 1 -

respond to discovery requests served on them by the opposing party.

IT IS ORDERED:

1. The mid-discovery status conference, scheduled for March 24, 2020, is continued to **April 29, 2020, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the undersigned's review.
2. Any further request for a continuance based on physical or mental impairment of Defendant Meyer Komar must be accompanied by documentation of such impairment from a licensed medical professional.
3. Discovery is ongoing and the parties are reminded that they are obligated to participate in discovery and respond to discovery requests from the opposing party.

**IT IS SO ORDERED.**

DATED: __MARCH 4, 2020__

**UNITED STATES MAGISTRATE JUDGE**