UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEYER KOMAR; JEANETTE KOMAR; and SARAH KOMAR,<br><br>　　　　　Defendants. | Case No. 19-CV-00708 DAD-EPG<br><br>ORDER WAIVING INFORMAL DISCOVERY DISPUTE REQUIREMENTS AS TO PLAINTIFF, GRANTING PLAINTIFF PERMISSION TO FILE MOTION TO COMPEL AND TO SEEK SANCTIONS, AND EXTENDED CERTAIN DISCOVERY DEADLINES |

On April 29, 2020, at 10:00 a.m., the Court held a telephonic mid-discovery status conference. Liza Cristol-Deman appeared telephonically for Plaintiff. Defendants[1] failed to appear, despite being provided with notice of the hearing and the information needed to participate in the hearing telephonically (ECF Nos. 40, 42). The failure of Defendants to appear is yet another instance of an ongoing refusal by Defendants to participate in this litigation.

---

[1] Plaintiff has filed returns of service for all three Defendants named in this action—Meyer Komar, Jeanette Komar, and Sarah Komar—stating that all three Defendants were served on June 24, 2019. (ECF Nos. 4, 5, 6.) Only Defendant Meyer Komar has, to date, filed an answer to the Complaint (ECF No. 8) and, until recently, was the only defendant to appear in the case. However, Defendant Jeanette Komar has now appeared in the case by filing two letters with the Court. (ECF Nos. 39, 41.) Defendant Sarah Komar has not yet made a filing or otherwise appeared in the case.

- 1 -

As discussed during the mid-discovery conference, the Court waives the informal discovery dispute process as to Plaintiff and grants Plaintiff permission to file a motion to compel discovery and to seek sanctions for discovery violations.[2]

As requested by Plaintiff, the Scheduling Conference Order (ECF No. 24) is modified as follows:

|  | **Previous deadline** | **New deadline** |
|---|---|---|
| Nonexpert discovery cutoff | June 12, 2020 | August 1, 2020 |
| Expert disclosure deadline | May 1, 2020 | May 8, 2020 |
| Rebuttal expert disclosure | June 1, 2020 | June 8, 2020 |

All other deadlines, dates, terms, and conditions in the Scheduling Conference Order (ECF No. 24) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 29, 2020**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff may also wish to pursue other sanctions, including seeking default judgment against Defendants, which do not require the Court's permission to file.