1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PROJECT SENTINEL,                    No.  1:19-cv-00708-DAD-EPG

12            Plaintiff,

13        v.                              **ORDER DIRECTING EMAIL SERVICE
                                          OF PENDING FINDINGS &**
14   JEANETTE KOMAR and SARAH             **RECOMMENDATIONS**
     KOMAR,
15                                        **(Doc. Nos. 68, 85)**
              Defendants.
16

17

18        Plaintiff Project Sentinel is a non-profit organization proceeding in this fair housing action

19   for alleged racial discrimination in violation of state and federal law.  This matter was referred to

20   a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On December 24, 2020, plaintiff moved for default judgment against defendants Jeanette

22   and Sarah Komar.[1]  On April 12, 2021, the assigned magistrate judge issued findings and

23   recommendations recommending that plaintiff's motion for a default judgment be granted in part

24   and denied in part.  (Doc. No. 85.)  Those findings and recommendations were served on plaintiff

25   and defendant Jeanette Komar and contained notice that any objections thereto were to be filed

26   _____

27   [1]  Defendant Meyer Komar was dismissed from this action without prejudice after plaintiff
     learned Meyer Komar may be deceased and plaintiff was unable to identify a successor-in-
28   interest.  (Doc. No. 76.)

                                      1

within fourteen (14) days from the date of service.  (*Id*. at 41.)

The court observes that the pending findings and recommendations were returned to the court by the U.S. Postal Service as undeliverable on May 3, 2021.  In light of this, plaintiff's counsel is directed to electronically serve a copy of the pending findings and recommendations (Doc. No. 85) to defendant Jeanette Komar's email address along with a copy of this order.[2]  To the extent, plaintiff's counsel is aware of any updated or additional email address for defendants Jeanette Komar and Sarah Kumar, plaintiff's counsel is directed to serve those documents to that additional address as well.  Defendants Jeanette Komar and Sarah Kumar will have fourteen (14) days from the date of service by email to file any objections to the pending findings and recommendations.

Accordingly,

1. Plaintiff's counsel is directed to serve a copy of the pending findings and recommendations (Doc. No. 85) along with a copy this order by email on defendants Jeanette Komar and Sarah Kumar;

2. Plaintiff's counsel shall then file a notice of service that indicates the date upon which this email service was completed;

3. Defendants Jeanette Komar and Sarah Kumar will have fourteen (14) days from the date of service to file any objections to the pending findings and recommendations (Doc. No. 85); and

4. Defendants Jeanette Komar and Sarah Kumar shall file a notice of change of address providing the court with their new address of record.

IT IS SO ORDERED.

Dated:  __**May 11, 2021**__                    _____
UNITED STATES DISTRICT JUDGE

---

[2]  The court notes that the pending motion for default judgment was served on defendants Jeanette and Sarah Komar at this email address.  *See* Doc. No. 68 at 3.