UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEANETTE KOMAR, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00708-DAD-EPG<br><br>ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SARAH KOMAR WITHOUT PREJUDICE<br><br>(ECF No. 91) |

On July 6, 2021, Plaintiff Project Sentinel ("Plaintiff") filed a request for dismissal of all claims against Defendant Sarah Komar without prejudice. (ECF No. 91.) Defendant Sarah Komar has not filed either an answer or a motion for summary judgment, and Plaintiff does not request a court order imposing any terms beyond dismissal without prejudice and for each party to bear their own fees and costs. (*See id.*) Therefore, although styled as a request for dismissal, the Court construes Plaintiff's request as a notice of dismissal of Sarah Komar without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///
///
///
///
///

1

In light of the notice, the case against Defendant Sarah Komar has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). All other defendants in this case have previously been dismissed or judgment has been entered against them. (ECF Nos. 76, 88, 89.) Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **July 7, 2021**

/s/ Erin P. Grog
UNITED STATES MAGISTRATE JUDGE

2