1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PROJECT SENTINEL, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEANETTE KOMAR,<br><br>Defendant. | No.  1:19-cv-00708-DAD-EPG<br><br><br>AMENDED DEFAULT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JEANETTE KOMAR |

Pursuant to the court's June 4, 2021 order (Doc. No. 88, default judgment is hereby entered in favor of Plaintiff Project Sentinel and against defendant Jeanette Komar for violations of the Fair Housing Act and the Fair Employment and Housing Act as follows:

**I.      Monetary Terms**:

1.      Plaintiff is awarded $33,812.67 in compensatory damages;

2.      Plaintiff is awarded $61,332.16 in attorneys' fees and costs;

/////
/////
/////
/////

1

**II.**     <u>**An injunction shall issue with the following terms:**</u>

a.  Jeanette Komar, her agents, employees, and all persons in concert or participation with any of them, is permanently enjoined from discriminating in the rental of dwellings based on any of the characteristics protected by the Fair Housing Act, and the Fair Employment and Housing Act, including the following:

  i.  Refusing to rent or sell a dwelling, refusing or failing to provide or offer information about a dwelling, or otherwise making unavailable or denying a dwelling to any person because of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

  ii.  Discouraging or encouraging prospective tenants from obtaining information about, viewing, applying to rent, or renting any dwelling, on the basis or race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

  iii.  Discriminating against any person in the terms, conditions or privileges of rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

  iv.  Misrepresenting the availability of apartments for rent on the basis or race, color, national origin, sex, handicap, familial status or religion, or providing different information about the availability of apartments on the basis of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

  v.  Withholding information regarding the availability of apartments for rent on the basis of race, color, religion, gender, sexual orientation, national origin,

familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

vi.  Taking any action tending to constructively or actually remove or assist in the removal of any tenant from a rental unit on the basis of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law, including but not limited to refusing to accept tendered rent payments, issuing three-day notices, filing unlawful detainer actions, or initiating any other type of legal or administrative proceeding for alleged non-payment of rent on the basis of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

vii.  Making, printing, publishing, or causing to be made, printed, or published any notice, statement or advertisement with respect to the rental of a dwelling that indicates any preference, limitation or discrimination on the basis of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

viii.  Steering persons seeking housing to particular units on the basis of race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law;

ix.  Inquiring into any prospective tenant's race, color, religion, gender, sexual orientation, national origin, familial status, marital status, disability, ancestry, age, source of income or other characteristics protected by law; and

x.  Employing overly restrictive occupancy limits that have a disparate impact on families with children;

/////

3

b. For a period of five years, or if sooner, until Jeanette Komar sells all of her rental properties:

    i. Jeanette Komar and all agents who have contact with rental applicants or tenants are required to attend yearly training regarding the fair housing laws with Project Sentinel or another HUD-approved agency;

    ii. Jeanette Komar must provide a copy of the DFEH pamphlet entitled "Fair Housing" (DFEH- H03B) to all current tenants and to all applicants;

    iii. Jeanette Komar must offer alternative forms of communication for rental inquiries besides phone; for example, Jeanette Komar must also include an email address, rental agent location, or an open-house date, or provide at least one method besides a phone number for prospective tenants to inquire about or apply for vacancies.

    iv. In all ads, website listings, or signs regarding rental vacancies, Jeanette Komar must use the fair housing logo or tagline, "Equal Opportunity Housing Provider," or similar words; and

    v. Jeanette Komar must maintain all records of rental inquiries and rental applications, tenant records, and move-out records, and to make such records available to Project Sentinel upon Project Sentinel's request after receiving an allegation of discrimination.

IT IS SO ORDERED.

Dated:  __July 19, 2021__         _____

                                       UNITED STATES DISTRICT JUDGE