UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEANETTE KOMAR,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00708-DAD-EPG<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 113) |

　　　　Before the Court is Plaintiff Project Sentinel's ("Plaintiff") request for an extension of time to file objections to the Court's April 18, 2022 findings and recommendations recommending that Plaintiff's motion for an assignment order and an order restraining judgment debtor be denied. (ECF Nos. 112-13.) Plaintiff requests an extension of time because it intends to file an amended motion or similar request for amended relief and is gathering information and documents required for that motion. (ECF No. 113.)

　　　　The Court's pending findings and recommendations recommend that Plaintiff's motion be denied without prejudice. (*See* ECF No. 112 at 7.) Thus, Plaintiff is not precluded from bringing an amended motion or similar request, but it is not required to do so before the objection period expires, particularly if any such motion consists of a request for renewed relief rather than raising objections to the pending findings and recommendations. However, having considered Plaintiff's request, the Court will grant an extension of the objection deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 113) is GRANTED; and
2. Plaintiff shall file its objections to the Court's April 18, 2022 findings and recommendations (ECF No. 112) within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated:  **May 2, 2022**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE