UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL,<br><br>              Plaintiff,<br><br>       v.<br><br>JEANETTE KOMAR,<br><br>              Defendant. | No. 1:19-cv-00708-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR ASSIGNMENT ORDER AND ORDER RESTRAINING JUDGMENT DEBTOR BE DENIED WITHOUT PREJUDICE<br><br>(Doc. No. 112) |

      Plaintiff Project Sentinel ("Plaintiff") commenced this action on May 20, 2019, alleging claims against Defendants Jeanette Komar, Sarah Komar, and Meyer Komar for violations of various federal and state laws by engaging in discriminatory housing practices. On July 20, 2021, an amended default judgment was entered against Jeanette Komar. (Doc. No. 98.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

      On April 14, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for assignment order and order restraining judgment debtor be denied without prejudice due to jurisdictional concerns regarding third parties and inadequate evidence of judgment debtor Jeanette Komar's interest and right to the relevant property. (Doc. No. 112.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) On April 29,

2022, plaintiff requested an extension to submit objections because it intended to file an amended motion. (Doc. No. 113.) On May 2, 2022, plaintiff was granted a fourteen (14) day extension to file objections so that plaintiff could file a timely amended motion or similar request before the objection period expired. (Doc. No. 114.) On May 16, 2022, plaintiff filed an amended motion for assignment order and order restraining judgment debtor which is currently under submission with the assigned magistrate judge. (Doc. No. 115). Plaintiff did not otherwise file any objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The April 18, 2022 findings and recommendations (Doc. No. 112) are adopted in full;
2. The court hereby denies plaintiff's motion for an assignment order and order restraining judgment debtor without prejudice.

IT IS SO ORDERED.

Dated:    September 12, 2022

UNITED STATES DISTRICT JUDGE