EJ-100

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Liza Cristol-Deman (SBN 190516)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
lcristoldeman@brancart.com
TEL NO.: (650) 879-0141    FAX NO. (optional): (650) 879-1103
E-MAIL ADDRESS *(Optional):*
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT
STREET ADDRESS: EASTERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 2500 Tulare Street
CITY AND ZIP CODE: Fresno 93721
BRANCH NAME:

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: PROJECT SENTINEL
DEFENDANT: JEANETTE KOMAR

CASE NUMBER:
1:19-CV-00708-ADA-EPG

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Project Sentinel, 1490 El Camino Real, Santa Clara, CA 95050.

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   Jeanette Komar, 3616 Shady Valley Court, Modesto, CA 95355.

5. a. Judgment entered on *(date):* July 20, 2021.
   b. [ ] Renewal entered on *(date):*

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Stanislaus | August 26, 2021 | 2021-0082468 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: January 18, 2023.

▶ */s/ Liza Cristol-Deman*
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

**PROOF OF SERVICE**

I, Heather Collins, declare I am a citizen of the United States of America employed at Brancart & Brancart, located at 8205 Pescadero Road, Loma Mar, CA 94021, in San Mateo County, California. I am over the age of 18 years and am not a party to this action. I am readily familiar with the practices for collection and processing of correspondence for mailing with the United States Postal Service.

On January 18, 2023, I caused to be served the following documents – ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT– by mail by placing a true and correct copy thereof enclosed in a sealed envelope with first-class postage thereon fully prepaid in the United States Post Office at Pescadero, California addressed as set forth below:

Jeanette Komar
3616 Shady Valley Court
Modesto, CA 95355

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 18, 2023.

/s/ Heather Collins