UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEANETTE KOMAR,<br><br>　　　　　　Defendant. | No. 1:19-cv-00708-ADA-EPG<br><br>ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR ASSIGNMENT ORDER AND ORDER RESTRAINING DEBTOR AS MOOT; OVERRULING DEFENDANT JEANETTE KOMAR'S OBJECTIONS<br><br>(ECF Nos. 120, 121) |

Plaintiff Project Sentinel ("Plaintiff") commenced this action on May 20, 2019, alleging claims against Defendants Jeanette Komar, Sarah Komar, and Meyer Komar for violations of various federal and state laws by engaging in discriminatory housing practices. (ECF No. 1.) On July 20, 2021, an amended default judgment was entered against Jeanette Komar. (ECF No. 98.) On July 22, 2021, the Clerk of the Court entered an abstract of judgment for the total amount of $95,144.83. (ECF No. 100.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On November 30, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's renewed motion for assignment order and order restraining judgment debtor be granted. (ECF No. 120.) The Magistrate Judge noted that "Ms. Komar did not file an opposition or any other response to Plaintiff's renewed motion." (*Id.* at 3.) The findings and recommendations were served on Plaintiff and contained notice that any

objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)

On December 21, 2022, the Court received a letter from Defendant Jeanette Komar that stated as follows:

> Regarding the attached WRIT. It is a hardship. Jeanette Komar does not have income. Rent is excluded from income in the state of California. The writ should of never been executed. She is a widow with no income. Now the Court is going to issue Plaintiff my monthly rents? Does this greed and confusion ever end? Please reverse the writ that is included in this package.

(ECF No. 121 at 1.)  The attached documents provided by Ms. Komar indicate that a levy was placed on Ms. Komar's bank account for $95,209.83.  (*See id.*)

Ms. Komar's letter does not change the Court's legal analysis.  As an initial matter, Ms. Komar is in default for failing to appear in this case.  Ms. Komar did not respond to the complaint, did not participate in discovery, and did not respond to Plaintiff's motion for default judgment.  Ms. Komar has not moved to set aside the default judgment.  Given her default, the Court need not consider her letter at all.

Even so, the letter provides no legal justification for denying Plaintiff's motion.  It does not argue that the judgment is invalid or has already been satisfied.  Indeed, Ms. Komar appears to object to a levy on her bank account, which is not the subject of Plaintiff's current motion.  Nor does it argue that the amount of the judgment is incorrect.  Instead, Ms. Komar appears to object to having to satisfy a valid legal judgment at all.  Accordingly, Ms. Komar's objections to the Magistrate Judge's findings and recommendations are overruled.

However, on January 18, 2023, Plaintiff filed a notice of satisfaction of judgment acknowledging that the judgment against Ms. Komar was satisfied in full.  (ECF No. 122.) Considering Plaintiff's filed acknowledgment, the Court will deny Plaintiff's renewed motion for assignment order and order restraining judgment debtor as moot.  Accordingly, the Court declines to adopt the Magistrate Judge's findings and recommendations.

///

///

///

Accordingly,

1. The Court overrules Defendant Jeanette Komar's objections, (ECF No. 121);
2. The Court hereby denies Plaintiff's renewed motion for an assignment order and order restraining judgment debtor without prejudice as moot considering Plaintiff's notice of satisfaction of judgment; and
3. The Court declines to adopt the November 30, 2022, findings and recommendations regarding Plaintiff's renewed motion for an assignment order and order restraining judgment debtor, (ECF No. 120).

IT IS SO ORDERED.

Dated:   March 7, 2023

UNITED STATES DISTRICT JUDGE